UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WRIGLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 23-cv-04713-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 19, 2023. Having considered the parties' proposals, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 22, 2024 |
| Close of Fact Discovery | June 24, 2024 |
| Exchange of Opening Expert Reports | July 1, 2024 |
| Exchange of Rebuttal Expert Reports | July 15, 2024 |
| Close of Expert Discovery | July 29, 2024 |
| Dispositive Motion Hearing Deadline | September 19, 2024, at 2:00 p.m. |
| Pretrial Conference | December 17, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | January 6, 2025, at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders.
3    This order **TERMINATES** Dkt. No. 23.
4    **IT IS SO ORDERED.**
5    Dated:    12/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge