UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WRIGLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY; JAMES FORD, INC.; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No. 4:23-cv-04713-HSG<br><br>District Judge: Haywood S. Gilliam, Jr.<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff HENRY WRIGLEY ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 June 6, 2024.

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $210,000.00, pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: 6/12/2024

                                            Hon. Haywood S. Gilliam, Jr.
                                            District Judge