# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WRIGLEY,<br>   Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No.: 4:23-cv-04713-HSG<br><br>**ORDER AS MODIFIED GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

  On September 24, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

  The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from September 26, 2024 to November 26, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.
4. The Court advises the parties that it is not likely to grant further extensions absent a compelling showing of good cause.

  IT IS SO ORDERED.

Dated: 9/27/2024

                     _/s/ Haywood S. Gilliam, Jr._
                     Hon. Haywood S. Gilliam, Jr.
                    UNITED STATES DISTRICT JUDGE