# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY WRIGLEY, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 4:23-cv-04713-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff HENRY WRIGLEY ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $30,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $30,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by February 17, 2025.

The Court will to retain jurisdiction until payment is satisfied and cleared. After payment is satisfied and cleared, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: _____12/20/2024_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge